UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEPHEN ROBERT MONROE,

    Plaintiff,

v.                                    CASE NO. 3:14cv356/MCR/EMT

NANCY A. BERRYHILL,[1]
Acting Commissioner of Social Security,

    Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated March 3, 2017. ECF No. 29. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of the timely filed objections, ECF No. 37, and having reviewed the Report, the objections, and the record, the Court has determined that the Report and Recommendation should be adopted.

---

[1] Nancy A. Berryhill became the Acting Commissioner of Social Security on January 23, 2017. Pursuant to Fed. R. Civ. P. 25(d), she is therefore automatically substituted for Carolyn W. Colvin as the Defendant in this case.

Accordingly, it is now **ORDERED** as follows:

1. The objections are **OVERRULED** and the Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The decision of the Commissioner is **AFFIRMED**, this action is **DISMISSED,** and the Clerk is directed to close the file.

**DONE AND ORDERED** this 17th day of May, 2017.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**